**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 00-2276

———————

LESLIE WRIGHT,

Plaintiff - Appellant,

versus

NORTH CAROLINA STATE UNIVERSITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge.  (CA-99-870-5-BR)

———————

Submitted:  January 18, 2001        Decided:  January 23, 2001

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Leslie Wright, Appellant Pro Se.  Thomas Oregon Lawton, III, Associate Attorney General, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leslie Wright appeals the district court's order granting the Defendant's motion for summary judgment in her retaliatory discharge action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wright v. North Carolina State University</u>, No. CA-99-870-5-BR (E.D.N.C. Sept. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>